Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

FILED
OCT 04 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:08-mj-00156-WMW |
| Plaintiff, ) | MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON |
| v. ) | |
| JAIRO LENIN RODRIGUEZAVILA, ) | |
| Defendant. ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: September 23, 2011          NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer


ORDER

It is so ordered:

Dated: 10/4, 2011          By: _____
                          Honorable Michael J. Seng
                          United States Magistrate Judge

1